[No. 6,931.—Department One.]

## PEOPLE *v.* S. WILLIAMS ET AL.

|    |     |
|----|-----|
| 56 | 647 |
| 79 | 353 |

RECLAMATION DISTRICT — PUBLIC CORPORATION.—Reclamation districts are public corporations.

APPEAL from a judgment for the defendants, and from an order denying a new trial, in the District Court, County of Sacramento.  REARDAN, J.

The action was brought to obtain a judgment determining that the defendants usurped the office of Trustees of Reclamation No. 3, and to declare that said District had no legal existence.

*A. L. Hart*, Attorney-General, and *Jo. Hamilton*, former Attorney-General, and *J. W. McKune*, for Appellant.

*G. W. Gordon*, for Respondent.

By the COURT:

It must be considered as settled in this State by the cases of *Dean* v. *Davis*, 51 Cal. 409, *People* v. *Reclamation District No.* 108, 53 Cal. 346, and other cases in this Court, that a reclamation district is a public corporation.

The main purposes of the present action is to obtain a judgment to the effect that Reclamation District No. 3 was not legally created, and has not any legal existence, and that the defendants, Williams and others, usurp the powers of trustees, etc.   The Court below found in favor of the defendants, and on the authority of *Dean* v. *Davis* and *People* v. *Reclamation District No.* 108, *supra*, we affirm the judgment and order.